CATHERINE DALTON as Executrix of the Estate of Robert Dalton, deceased, v. GENEVIEVE MOSHER, also known as GENE LUNESKU.

24 So. (2nd) 585                    January Term, 1946
January 22, 1946                              Division A
Rehearing denied Feb. 15, 1946

*John F. Allison* and *Ralph C. Binford,* for appellant.
*Henry K. Gibson,* for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.